IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

```
_____
                               )
DEBORAH KELLY,                 )
                               )
     Plaintiff,                )      Case No: 05-10750-RWZ
                               )
v.                             )
                               )
PAUL DONNELLY,                 )
MICHAEL BYERS,                 )
SGT. KEITH JACKSON,            )
OFFICER JOHN DOE, in           )
their individual and           )
official capacities, and       )
THE TOWN OF ROCKLAND,          )
MASSACHUSETTS,                 )
                               )
     Defendants.               )
_____)
```

NOTICE OF MAILING OF LETTERS
PURSUANT TO F.R.CIV.P. 4(d) AND RULE 84

    This is a statement for the record that the plaintiff has, this date, mailed by first class mail, the letters and forms required by F.R.Civ.P. 4(d) and Rule 84 upon the defendant-officers in this case.

    On information and belief received from the process server, the defendant-officers are avoiding service of process in this matter.

    The materials sent to the defendant-officers by first class mail this date are:

    1.   The "Notice of Lawsuit and Request for Waiver of Service of Summons" provided by Rule 84;

    2.   A copy of the Complaint;

    3.   Two copies of the Waiver form provided by Rule 84, with the statement of the "Duty to Avoid Unnecessary Costs of Service of Summons" printed at the bottom of the waiver forms; and

    4.   A self-addressed, postage-paid envelope.

Respectfully Submitted,

/s/ Daniel S. Sharp
_____
Daniel S. Sharp
Attorney for Plaintiff
(BBO 565524)
48 Locust Street
Marblehead, MA  01945
781-639-1862