AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

BOSTON _____ District of _____ MASSACHUSETTS

DEBORAH KELLY

**SUMMONS IN A CIVIL ACTION**

V.

PAUL DONNELLY,
MICHAEL BYERS,
SGT. KEITH JACKSON,
OFFICER JOHN DOE, in
their individual and
official capacities, and
THE TOWN OF ROCKLAND,
MASSACHUSETTS

# 05 10750 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

Town Administrator Bradley Plante
Town of Rockland, Massachusetts
242 Union Street
Rockland, MA 02370

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Sharp
48 Locust Street
Marblehead, MA 01945

an answer to the complaint which is served on you with this summons, within _____ twenty _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 14 2005

CLERK

DATE

(By) DEPUTY CLERK

APRIL 29, 2005

## *QUICKSERV*
**ALLSTATE PROCESS SERVERS**

## RETURN OF SERVICE

*I this day SERVED the within named*    TOWN ADMIN. BRADLEY PLANTE
TOWN OF ROCKLAND

*by delivering to*                 BRADLEY PLANTE, 12:30 PM

**X**    *in hand*

*No.*    242 UNION STREET
*in the*  ROCKLAND          *District of said*  PLYMOUTH       *County an attested*
*copy of the SUMMONS, COMPLAINT, DEMAND FOR TRIAL BY JURY, AND ALLOWED*
*MOTION FOR SPECIAL PROCESS SERVER*

*Service and travel*        28

*it being necessary I actually used a*
*motor vehicle in the distance of*
30    *miles in the service of*
*this process*

Joseph Fallon

Process Server