AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

BOSTON    District of    MASSACHUSETTS

DEBORAH KELLY

**SUMMONS IN A CIVIL ACTION**

V.

PAUL DONNELLY,
MICHAEL BYERS,
SGT. KEITH JACKSON,
OFFICER JOHN DOE, in
their individual and
official capacities, and
THE TOWN OF ROCKLAND,
MASSACHUSETTS

CASE NUMBER:

**05 10750 RWZ**

TO: (Name and address of Defendant)

Michael Byers
Rockland Police Department
359 Market Street
Rockland, MA  02370

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Sharp
48 Locust Street
Marblehead, MA  01945

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 14 2005

CLERK                                    DATE

(By) DEPUTY CLERK

MAY 10, 2005

## *QUICKSERV*
**ALLSTATE PROCESS SERVERS**

### RETURN OF SERVICE

*I this day SERVED the within named*   MICHAEL BYERS
ROCKLAND POLICE DEPARTMENT

*by delivering to*   OFFICER AT FRONT DESK WOULD NOT GIVE NAME, 30 YRS., 5'7", 180 LBS, BALD, COPY LEFT WITH HIM AT 6:20 AM

__X__   *in hand*

No.   359 MARKET STREET
*in the*   ROCKLAND   *District of said*   PLYMOUTH   *County an attested copy of the* SUMMONS AND COMPLAINT AND DEMAND FOR TRIAL BY JURY

*Service and travel*   28

*it being necessary I actually used a motor vehicle in the distance of* 30 *miles in the service of this process*

*Joseph Fallon*
_____
Process Server