UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH KELLY )<br>    Plaintiff, )<br>v. )<br> )<br>PAUL DONNELLY, MICHAEL BYERS, SGT. )<br>KEITH JACKSON, OFFICER JOHN DOE, in their )<br>individual and official capacities, and the TOWN )<br>OF ROCKLAND, MASSACHUSETTS, )<br> )<br>    Defendants. )<br>_____) | DOCKET NO.: 05 10750 REK |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

  Please enter my appearance as counsel of record for the defendants, Paul Donnelly, Michael Byers, Sgt. Keith Jackson, Officer John Doe, in their individual and official capacities, and the Town of Rockland, Massachusetts, in the above-captioned matter.

                   Respectfully submitted,
                   The Defendants
                   By their attorneys,

                   PIERCE, DAVIS & PERRITANO, LLP

                   /s/ *John J. Davis*
                   John J. Davis, BBO #115890
                   Jeffrey M. Sankey, BBO #566868
                   Ten Winthrop Square
                   Boston, MA 02110
                   (617) 350-0950

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2006.

                                           /s/ *John J. Davis*
                                           John J. Davis