UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH KELLY ) | |
|       Plaintiff, ) | |
| v. ) | DOCKET NO.: 05 10750 REK |
| ) | |
| PAUL DONNELLY, MICHAEL BYERS, SGT. ) | |
| KEITH JACKSON, OFFICER JOHN DOE, in their ) | |
| individual and official capacities, and the TOWN ) | |
| OF ROCKLAND, MASSACHUSETTS, ) | |
| ) | |
|       Defendants. ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendants jointly move for summary judgment on all Counts asserted in the Complaint.

In support of their Motion, the defendants submit the accompanying Memorandum of Law in Support of Their Motion for Summary Judgment and Statement of Undisputed Facts in Support of Their Motion for Summary Judgment.

WHEREFORE, the defendants request that the motion be allowed and that judgment enter in their favor.

                                        Respectfully submitted,
                                        The Defendants
                                        By their attorneys,

                                        PIERCE, DAVIS & PERRITANO, LLP

                                        */s/ Jeffrey M. Sankey*_____
                                        Jeffrey M. Sankey, BBO #566868
                                        Ten Winthrop Square
                                        Boston, MA 02110
                                        (617) 350-0950
                                        jsankey@piercedavis.com

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2006.

                                                     /s/ *Jeffrey M. Sankey*
                                                     Jeffrey M. Sankey