IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEBORAH KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 05-10750-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL DONNELLY, | ) | |
| MICHAEL BYERS, | ) | |
| SGT. KEITH JACKSON, | ) | |
| OFFICER JOHN DOE, in | ) | |
| their individual and | ) | |
| official capacities, and | ) | |
| THE TOWN OF ROCKLAND, | ) | |
| MASSACHUSETTS, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DANIEL S. SHARP

I, Daniel S. Sharp, state the following facts on the basis of personal knowledge. If called as a witness, I would testify that:

1. I was trial counsel for Deborah Kelly in her criminal matter in Hingham District Court.

2. No special interrogatories were submitted to the jury in that criminal case.

3. The jury made no determination of exactly where or when Kelly resisted arrest.

4. This concludes my affidavit.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

February 14, 2006

Daniel S. Sharp