**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil / Criminal  No.   CA 05-10750

Title:   Kelly v. Donnelly et al

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge  Robert E. Keeton  has been reassigned by random draw to Judge  George A. O'Toole  at the direction of Chief Judge Wolf, for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials  GAO  .

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ *Virginia A. Hurley*
Deputy Clerk

Date:   4/26/06

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)