IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

|  |  |
|---|---|
| DEBORAH KELLY,              ) | |
| Plaintiff,                  ) | Case No: 05-10750-GAO |
| v.                          ) | |
| PAUL DONNELLY,              ) | |
| MICHAEL BYERS,              ) | |
| SGT. KEITH JACKSON,         ) | |
| OFFICER JOHN DOE, in        ) | |
| their individual and        ) | |
| official capacities, and    ) | |
| THE TOWN OF ROCKLAND,       ) | |
| MASSACHUSETTS,              ) | |
| Defendants.                 ) | |

PLAINTIFF'S REQUESTED ADDENDUM TO

JOINT PRE-TRIAL MEMO

The plaintiff seeks to add two exhibits to the Joint Pre-Trial Memo. The additional exhibits are printing in italics, below. Under this request, the plaintiff's proposed exhibits would be amended to state:

11. The Proposed Exhibits

   (a) By the Plaintiff

      1. Numerous photographs of the scene of the events

      2. Photographs of black pick-up truck with broken window, flat tires

      3. Photograph of plaintiff's black eyes

4.        Audiotape of arrest

5.        Town of Rockland Assessor's Map

6.        Town of Rockland Property Assessment Record

7.        *Photograph of truck without flat tires*

8.        *Photograph(s) of window and mirror of truck in normal condition.*

Respectfully Submitted,

/s Daniel S. Sharp_____
Daniel S. Sharp (BBO 565524)
Attorney for Plaintiff
48 Locust Street
Marblehead, MA  01945
781-639-1862

### CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true copy of the document above to served by ECF on all counsel of record, and by in-hand service on May 10, 2006.

/s/ Dan Sharp_____