UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| DEBORAH KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) DOCKET NO.: 05 10750 GAO |
| PAUL DONNELLY, MICHAEL BYERS, SGT. | ) |
| KEITH JACKSON, OFFICER JOHN DOE, in their | ) |
| individual and official capacities, and the TOWN | ) |
| OF ROCKLAND, MASSACHUSETTS, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned action shall be dismissed with prejudice and without assessment of attorneys' fees, costs or interest against any party.

Respectfully Submitted,

| The Plaintiff, | The Defendants, |
|---|---|
| DEBORAH KELLY, | PAUL DONNELLY, MICHAEL BYERS, |
| By her attorneys, | SGT. KEITH JACKSON, OFFICER JOHN DOE, |
| | in their individual and official capacities, and the |
| | TOWN OF ROCKLAND, MASSACHUSETTS, |
| | By their attorneys, |
| | |
| /s/ Daniel S. Sharp | /s/ John J. Davis |
| _____ | _____ |
| Daniel S. Sharp, BBO#565524 | John J. Davis, BBO#115890 |
| 48 Locust Street | Jeffrey M. Sankey, BBO#551062 |
| Marblehead, MA 01945 | **PIERCE, DAVIS & PERRITANO, LLP** |
| (781) 639-1862 | Ten Winthrop Square |
| | Boston, MA 02110 |
| | (617) 350-0950 |